| | |
|---|---|
| 1 | Tanya E. Moore, SBN 206683 |
| | MOORE LAW FIRM, P.C. |
| 2 | 300 South First Street, Ste. 342 |
| | San Jose, California 95113 |
| 3 | Telephone:     (408) 298-2000 |
| | Facsimile:      (408) 298-6046 |
| 4 | E-mail:           service@morelawfirm.com |
| |                 tanya@moorelawfirm.com |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | GERARDO HERNANDEZ |
| 7 | |
| 8 | OGLETREE, DEAKINS, NASH, SMOAK & |
| | STEWART, P.C. |
| 9 | AMBER L. ROLLER, CA Bar No. 273354 |
| | amber.roller@ogletree.com |
| 10 | J. NICHOLAS MARFORI, CA Bar No. 311765 |
| | nicholas.marfori@ogletree.com |
| 11 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, California  90071 |
| 12 | Telephone:     213-239-9800 |
| | Facsimile:      213-239-9045 |
| 13 | |
| | Attorneys for Defendant |
| 14 | THE SHERWIN-WILLIAMS COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO HERNANDEZ, | Case No. 3:20-cv-01167-RS |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT THE SHERWIN-WILLIAMS COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| THE SHERWIN-WILLIAMS COMPANY dba SHERWIN-WILLIAMS PAINT STORE; JILL INVESTMENTS, LLC; | Complaint Filed:  February 14, 2020<br>Service Date:       February 26, 2020<br>Response Date:    March 18, 2020<br>New Date:            April 17, 2020 |
| Defendants. | Trial Date:            None<br>District Judge:    Hon. Richard Seeborg<br>                       Courtroom 3, San Francisco |

Case No. 3:20-cv-01167-RS
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT THE SHERWIN-WILLIAMS COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT

42142439_2.docx

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Gerardo Hernandez ("Plaintiff") and defendant The Sherwin-Williams Company ("Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS, on February 14, 2020, Plaintiff filed his Complaint in the United States District Court, Northern District of California, Case Number 3:20-cv-01167-RS, alleging three causes of action, including violations of the Americans With Disabilities Act of 1990; the California Unruh Civil Rights Act; and Denial of Full and Equal Access to Public Facilities;

WHEREAS, Plaintiff and Defendant have stipulated to a 30-day extension of the deadline for Defendant to file and serve its responsive pleading, which extended such deadline to April 17, 2020;

WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order and is made pursuant to Local Rule 6-1(a); and

WHEREAS, the Parties agree that this Stipulation and the extension of time for Defendant to respond to the Complaint shall be without prejudice to any claims, defenses or rights that any party may have regarding the Complaint or any other matter in this action.

THEREFORE, the Parties hereby stipulate that the deadline for Defendant to file and serve its responsive pleading to Plaintiff's Complaint shall be continued to April 17, 2020.

**IT IS SO STIPULATED.**

DATED: March 18, 2020

Respectfully submitted,

MOORE LAW FIRM, P.C.

By: /s/ Tanya E. Moore
    Tanya E. Moore

Attorneys for Plaintiff
GERARDO HERNANDEZ

DATED:  March 18, 2020                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Amber L. Roller
    Amber L. Roller
    J. Nicholas Marfori

Attorneys for Defendant
THE SHERWIN-WILLIAMS COMPANY

### Certification Pursuant to Local Rule 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3), I, Amber L. Roller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 18, 2020                    By: /s/ Amber L. Roller
    Amber L. Roller

2               Case No. 3:20-cv-01167-RS
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT THE SHERWIN-WILLIAMS COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT

42142439_2.docx