1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Gerardo Hernandez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | Case No. 3:20-cv-01167-RS |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; ORDER** |
| vs. | |
| THE SHERWIN-WILLIAMS COMPANY dba SHERWIN-WILLIAMS PAINT STORE, et al., | |
| Defendants. | |

Plaintiff, Gerardo Hernandez ("Plaintiff"), and Defendants, The Sherwin-Williams Company dba Sherwin-Williams Paint Store, and Jill Investments, LLC ("Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied him full and equal access to their public accommodation on account of his disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court has ordered that the Parties conduct a joint site inspection 60 days after service of the complaint (General Order 56, as amended in January 2020) of the subject property, in this instance, on or before April 27, 2020.

3. The parties require an extension due to the COVID-19 pandemic and shelter-in-place order for Alameda County.

4. Nonetheless, the Parties have agreed to conduct the joint site inspection on June 12, 2020 at 1:00 p.m. if the matter does not settle prior to that time, subject to the Parties' reservation to further modify the date if necessary.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to June 12, 2020, with all dates triggered by that deadline continued accordingly.

**IT IS SO STIPULATED.**

Dated: March 24, 2020                     MOORE LAW FIRM, P.C.

                                                      */s/ Tanya E. Moore*
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff,
                                                     Gerardo Hernandez

///

Dated: March 24, 2020                          CIRRUS LAW PC

                                                       */s/ Joshua D. Brysk*
                                                      Joshua D. Brysk
                                                      Attorneys for Defendants,
                                                      The Sherwin-Williams Company dba Sherwin-Williams Paint Store, and Jill Investments, LLC

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                      */s/ Tanya E. Moore*
                                                      Tanya E. Moore
                                                      Attorney for Plaintiff,
                                                      Gerardo Hernandez

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to June 12, 2020, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: 3/25/2020                          _____
                                                 United States District Judge